IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMAR MAYTORENA-LENA, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 14-416-TUC-CKJ (DTF) <br><br> **ORDER** |

On December 15, 2014, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation (Doc. 52) in which he recommended this Court grant Defendant's Motion to Suppress Statements (Docs. 17, 18) be denied. The Report and Recommendation notified the parties that they had 14 days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the pending motion and related documents.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 52) is ADOPTED;

2. The Motion to Suppress Statements (Docs. 17, 18) is GRANTED.

3. The statements given by Defendant at the time of arrest, except for his name and date of birth, are suppressed as taken in violation of *Miranda v. Arizona*, 384 U.S. 436, 444-45 (1966). However, such statements may be used for impeachment purposes. *See*

1 | *United States v. Patane*, 542 U.S. 630, 639 (2004).

2 | DATED this 15th day of January, 2015.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge